AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

RCVD 10-JUL 2026

United States of America
v.
BRYAN IRAM GARCIA-ZAMUDIO,

*Defendant*

Case No. 1:26-cr- 00248-MTK

FILED'26 OCT 15 13:36USDC-ORM

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Bryan Iram Garcia-Zamudio, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a) - Illegal Reentry

Date: 7/9/26

*Issuing officer's signature*

City and state: Medford, Oregon

Hon. Mark D. Clarke, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

### Return

This warrant was received on *(date)* ~~10/08/26~~ GW 07/16/26, and the person was arrested on *(date)* 10/06/26 at *(city and state)* Medford, OR

Date: 10/08/26

For ICE
*Arresting officer's signature*

G. Willard, DUSM
*Printed name and title*